# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOSHUA A. MONIGHAN,<br><br>Petitioner<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF TRANSPORTATION,<br>BUREAU OF DRIVER LICENSING,<br><br>Respondent | : No. 941 MAL 2014<br>:<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

AND NOW, this 7th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.